UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: EDEN OF THE EVERGLADES, INC., as
owner of a 2001 19' Alumitech Airboat commercial
motor vessel, bearing Hull Identification No.:
ADN00909B001, for exoneration from or limitation
of liability
doing business as
Jungle Erv's Airboat Rides ,

                     Plaintiff,

-vs-                                              Case No.  2:09-cv-686-FtM-36SPC

_____

**ORDER**

      This matter comes before the Court on Petitioner's Verified Motion for Entry of Default Judgment (Doc. #15) filed on August 26, 2010.  On October 16, 2009, Petitioner Eden of the Everglades, Inc. filed a Complaint for Exoneration From or Limitation of Liability (Doc. #1).  On May 18, 2010, an Order was issued against all persons asserting claims arising out of an incident involving the 2001 19' Alumitech Airboat commercial motor vessel, bearing Hull Identification No.: ADN00909B001 that allegedly occurred on or about April 12, 2009, in the navigable waters of the Everglades, Florida (Doc. #12).  The Order established a monition period which required all persons to appear before the Court and file their respective claims in writing, and to serve copies thereof on the attorneys for Eden of the Everglades and to answer the allegations of the limitation complaint on or before July 2, 2010.

      Notice of this action was duly published in the Naples Daily News for four consecutive weeks to all persons asserting claims with respect to which Eden of the Everglades seeks exoneration

or limitation, admonishing them to file their respective claims with the Clerk of the Court and to serve on the attorneys for Petitioner a copy thereof on or before July 2, 2010. Upon a review of the docket no person or entity has filed an answer or claim with the Court. The time for submitting claims has now expired and Eden of Everglades' Motion is due to be granted.

Accordingly, it is now

**ORDERED:**

Petitioner's Verified Motion for Entry of Default Judgment (Doc. #15) is **GRANTED**. The Clerk of the Court is directed to enter a Clerk's Default against all persons/entities that have not appeared but may have a claim against the Petitioner arising from the voyage described in the Complaint for Exoneration or Limitation.

**DONE AND ORDERED** at Fort Myers, Florida, this ___27th___ day of August, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record